An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

JIMMY MARTIN RODRIGUEZ,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 62138

**FILED**

JUN 1 3 2013



TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____ DEPUTY CLERK

## *ORDER OF AFFIRMANCE*

This is an appeal from a judgment of conviction entered pursuant to a guilty plea of felony domestic battery. Second Judicial District Court, Washoe County; Connie J. Steinheimer, Judge.

Appellant Jimmy Martin Rodriguez contends that the district court abused its discretion by imposing a sentence that focuses on public safety and fails to address his mental health and drug addiction problems. However, Rodriguez's 12- to 60-month sentence falls within the parameters of the relevant statutes, *see* NRS 193.130(2)(c); NRS 200.485(1)(c), and he has not alleged that the district court relied solely on impalpable or highly suspect evidence, *see Silks v. State,* 92 Nev. 91, 94, 545 P.2d 1159, 1161 (1976); therefore, we conclude that the district court

SUPREME COURT
OF
NEVADA

(O) 1947A

13-17467

did not abuse its discretion at sentencing, *see Chavez v. State*, 125 Nev. 328, 348, 213 P.3d 476, 490 (2009).  Accordingly, we

ORDER the judgment of conviction AFFIRMED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Cherry

cc:    Hon. Connie J. Steinheimer, District Judge
       Washoe County Public Defender
       Attorney General/Carson City
       Washoe County District Attorney
       Washoe District Court Clerk